# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

AUDREY CHAPMAN,

    Plaintiff,

v.

INSPIRA HEALTH NETWORK, INC.,
MICHAEL GERIA AND NICOLE
ZUCCONI, et al.

    Defendants.

No. 1:17-cv-03145

**ORDER**

**O'HEARN, District Judge.**

    **THIS MATTER** comes before the Court on the Motions in *Limine* filed by Defendant, Inspira Health Network, Inc. ("Defendant") (ECF Nos. 116-118). Plaintiff filed no opposition to any of the Motions. The Court heard argument on the Motions pursuant to Local Civil Rule 78.1 on October 17, 2022. For the reasons set forth on the record during that hearing,

    **IT IS HEREBY** on this 17th day of  October , 2022,

    **ORDERED** that Defendant's Motion in *Limine* to Limit the Admissible Evidence Regarding Plaintiff's Remaining Breach of Contract Count to Such Evidence that Falls Within the Inquiries Outlined in Judge Hillman's September 25, 2020 Opinion (ECF No. 116), is **GRANTED;**

    **ORDERED** that Defendant's Motion in *Limine* to Dismiss the Breach of Contract Count on Basis That Medical Residents Such As Plaintiff Are Students, And Thereby Grant Judicial Deference to Defendant In Its Academic And Administrative Decisions And Alternate Argument (ECF No. 117), is **DENIED**; and

    **ORDERED** that Defendant's Motion in *Limine* To Bar Expert Report and Testimony of

Paul M. Gazaleh, CPA/ABV, to Limit Plaintiff's Alleged Damages on Her Breach of Contract Count to Exclude Consequential and Punitive Damages, and to Bar and/or Limit Plaintiff From Recovering Any Damages Due to Plaintiff's Failure to Mitigate Damages (ECF No. 118), is **GRANTED IN PART as to Punitive Damages AND DENIED IN PART as to all other relief sought.**

_____
**CHRISTINE P. O'HEARN**
**United States District Judge**